# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>RESPONDENT,          )<br>                              )<br>                              )<br>VS.                           )<br>                              )<br>ANTHONY G. KIZZEE,            )<br>DEFENDANT.           )<br>_____) | CASE NO. 1:96Cr28GR<br><br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FILED<br>NOV 10 2008<br>J.T. NOBLIN, CLERK<br>BY_____ DEPUTY |

## MOTION TO MODIFY AND OR REDUCE SENTENCE PURSUANT TO 18 U.S.C. 3582§ (c) (2)

NOW COMES, the defendant, Anthony Kizzee, proceeding pro'se in the above named cause, respectfully moves this Court pursuant to 18 U.S.C. § 3582 (c) (2) for an order reducing the term of imprisonment from life to a sentence of 360 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level from a level 38 to 36 (excluding the six level increase for role in the offense, and obstruction of justice). The reduction would reduce the sentencing range from manatory life under the then manatory guideline regime, to an advisory guideline range of 360 months. Under all the facts and circumstances, it is respectfully submitted that after approximately 13 years of incarceration, a sentence of 360 months would be just and appropriate under the factors enumerated in 18 U.S.C. § 3553 (a).

DATE: NOV, 4  2008.

RESPECTFULLY SUBMITTED,

A. Kizzee

Anthony G. Kizzee
Reg # 07411-112
P.O. Box 2099
Pollock, La 71467