IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 1:96CR28-LG-JCG-1

ANTHONY KIZZEE

## NOTICE OF CONVENTIONAL FILING

    Exhibits B and C to the Defendant's Reply regarding Motion for to Reduce Sentence – First Step Act [Docket Entry #241] are filed under restriction by this Court's order entered on August 4th, 2020.

    These documents have been manually served on all parties.

    Date: August 4th, 2020

ANTHONY KIZZE, Defendant

By: _____
Michael L. Scott, MS Bar#101320
Assistant Federal Public Defender
Southern District of Mississippi
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email:  mike_scott@fd.org